Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dennis B. Ballard

was received by me on *(date)* 10/06/15 .

☒ I personally served the summons on the individual at *(place)* K&L Gates Center, 210 Sixth Avenue, Pittsburgh, PA 15222 on *(date)* 10/06/15 at 10:10am ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 10/06/15

*Server's signature*

Jason L. Richey, Esquire
*Printed name and title*

K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA  15222

*Server's address*

Additional information regarding attempted service, etc: