IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL CARBIDE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 3:15-cv-248 |
| EXETER CONSTRUCTION, LLC., and | ) |
| DENNIS B. BALLARD, | ) |
| | ) |
| Defendants. | ) |

**REQUEST FOR ENTRY OF DEFAULT AGAINST
DEFENDANTS EXETER CONSTRUCTION, LLC AND DENNIS B. BALLARD**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Federal Carbide Company ("FCC"), by and through its undersigned counsel, K&L Gates LLP, hereby requests the clerk enter a default on the docket against Defendants Exeter Construction, LLC ("Exeter") and Dennis B. Ballard ("Ballard"; collectively "Defendants") for their failure to answer or otherwise respond to the Complaint in this matter.

In support of this request, the undersigned counsel declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. On September 28, 2015, FCC filed the Complaint against Defendants containing counts for fraudulent inducement, breach of contract, breach of warranty and specific performance. [ECF No. 1].

2. On October 6, 2015, FCC caused a copy of the summons and the Complaint to be personally served on Ballard. [ECF No. 6]. A copy of the Proof of Service is attached hereto as Exhibit 1.

3. On October 6, 2015, FCC caused a copy of the summons and the Complaint to be served on Exeter by personally serving the president of Exeter, Dennis B. Ballard. [ECF No. 7]. A copy of the Proof of Service is attached hereto as Exhibit 2.

4. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendants were required to serve an answer or otherwise plead to the Complaint on or before October 27, 2015.

5. Neither Defendant has served an answer or any other responsive pleading to the Complaint.

6. Neither Defendant ever requested an extension of time to respond to the Complaint from FCC or the Court.

7. No counsel has entered an appearance in the case for either Defendant.

8. Rule 55(a) of the Federal Rules of Civil Procedure provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk **must** enter the party's default." (emphasis added).

WHEREFORE, Plaintiff Federal Carbide Company respectfully requests that, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, the clerk enter a default on the docket against Defendant Exeter Construction, LLC and against Defendant Dennis B. Ballard. A proposed entry of default is attached hereto.

Dated:  November 12, 2015                    /s/ William D. Wickard
                                             Jason L. Richey, Esquire
                                             Pa. I.D. # 78943
                                             William Wickard, Esquire
                                             Pa. I.D. # 87741

                                             K&L Gates LLP
                                             K&L Gates Center
                                             210 Sixth Avenue
                                             Pittsburgh, Pennsylvania 15222
                                             Tel.:  (412) 355-6260

                                             *Counsel for Plaintiff*
                                             *Federal Carbide Company*

# CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing Request for Default against Defendants Exeter Construction, LLC and Dennis B. Ballard was served via First Class Mail this 12th day of November, 2015 upon the following:

      Exeter Construction, LLC
      415 S. Carter Road
      Smyrna, Delaware 19977

      Dennis B. Ballard
      415 S. Carter Road
      Smyrna, Delaware 19977

      Robert M. Palumbi
      Babst Calland
      Two Gateway Center
      Pittsburgh, Pennsylvania 15222

      /s/ William D. Wickard