# EXHIBIT 2

# Person/Case Type Search Results

New Search

**Phonetic Search:** off **Last Name:** Ballard **First Name:** Dennis

| ID | Name/Corporation | Address | Party Type | Filing Date |
|---|---|---|---|---|
| FA5286 | BALLARD, DENNIS B | 101 SOUTH BASSETT STREET CLAYTON DE 19938<br>**Case:** *JP13-11-000073 R A CHANCE PLUMBING VS DENNIS BALLARD ET AL* | AGENT | 08-DEC-2010 |
| @2278644 | BALLARD, DENNIS B | *unavailable*<br>**Case:** *N11C-10-159 THOMAS A. FLOWERS V. DENNIS B. BALLARD, ET AL* | DEFENDANT | 18-OCT-2011 |
| @2753303 | BALLARD, DENNIS B | 415 SOUTH CARTER ROAD SMYRNA DE 19977<br>**Case:** *CPU5-15-000380 DAVID C HARRISON POST NO 14 VS BLUE LINE CONST* | DEFENDANT | 02-APR-2015 |
| FA5286 | BALLARD, DENNIS B | 101 SOUTH BASSETT STREET CLAYTON DE 19938<br>**Case:** *JP13-10-008911 DENA SAUNDERS VS LIFETIME HOMES* | AGENT | 18-JUN-2010 |
| @2278644 | BALLARD, DENNIS B | *unavailable*<br>**Case:** *N13J-03280 M & T BANK VS BALLARD BUILDERS LLC AND DENNIS BALL* | DEFENDANT | 29-AUG-2013 |
| @2278644 | BALLARD, DENNIS B | *unavailable*<br>**Case:** *K14J-01174 WILMINGTON TRUST VS. BALLARD BUILDERS, LLC* | DEFENDANT | 14-OCT-2014 |
| @2278644 | BALLARD, DENNIS B | *unavailable*<br>**Case:** *K14J-00568 LANSING BUILDING PRODUCTS INC VS DANFIELD ESTATES* | DEFENDANT | 24-APR-2014 |
| @2561414 | BALLARD, DENNIS B | 415 S CARTER ROAD SMYRNA DE 19977<br>**Case:** *CPU4-13-000549 LANSING BUILDING PRODUCTS VS DANFIELD ESTATES ET A* | DEFENDANT | 11-FEB-2013 |
| @2526764 | BALLARD, DENNIS B | 415 S CARTER ROAD SMYRNA DE 19977<br>**Case:** *CPU4-12-003622 M T BANK CORP VS BALLARD BUILDERS LLC ET AL* | DEFENDANT | 26-SEP-2012 |
| @2278644 | BALLARD, DENNIS B | *unavailable*<br>**Case:** *K14C-11-007 CECIL BANK VS. DANFIELD ESTATES LLC* | DEFENDANT | 06-NOV-2014 |
| @2278644 | BALLARD, DENNIS B | *unavailable*<br>**Case:** *K13J-01003 M & T BANK CORP. VS DENNIS B. BALLARD* | DEFENDANT | 30-AUG-2013 |
| @2278644 | BALLARD, DENNIS B | *unavailable*<br>**Case:** *K13J-00377 TRI-SUPPLY AND EQUIPMENT, INC., PLAINTIFF VS. BA* | DEFENDANT | 17-APR-2013 |
| @2417651 | BALLARD, DENNIS B | 415 S CARTER RD SMYRNA DE 19977<br>**Case:** *CPU5-11-001541 CAPITAL ONE BANK USA NA VS DENNIS BALLARD* | DEFENDANT | 02-SEP-2011 |
| @2278644 | BALLARD, DENNIS B | *unavailable*<br>**Case:** *K11J-01738 KC COMPANY, INC VS BALLARD BUILDERS LLC* | DEFENDANT | 14-OCT-2011 |
| @2278644 | BALLARD, DENNIS B | *unavailable*<br>**Case:** *K11J-00866 WILLIAM KORVIN, JR. V. DENNIS B. BALLARD* | DEFENDANT | 24-MAY-2011 |
| @2362327 | BALLARD, DENNIS B | 415 S CARTER STREET SMYRNA DE 19977<br>**Case:** *JP13-11-003394 TRISUPPLY VS BALLARD BUILDER ET AL* | DEFENDANT | 07-MAR-2011 |
| @2278644 | BALLARD, DENNIS B | *unavailable*<br>**Case:** *K10C-06-016 FIRST PRESBYTERIAN CHURCH OF SMYRNA DELAWARE VS BA* | DEFENDANT | 10-JUN-2010 |
| FA5286 | BALLARD, DENNIS B | 101 SOUTH BASSETT STREET CLAYTON DE 19938<br>**Case:** *JP13-11-000075 R A CHANCE PLUMBING VS DENNIS BALLARD ET AL* | AGENT | 08-DEC-2010 |
| @2278644 | BALLARD, DENNIS B | *unavailable*<br>**Case:** *N14J-01740 LANSING BUILDING PRODUCTS INC VS DANFIELD ESTATES* | DEFENDANT | 24-APR-2014 |
| @2271411 | BALLARD, DENNIS B. | *unavailable*<br>**Case:** *N10C-05-123 WILMINGTON TRUST COMPANY VS BALLARD BUILDERS, LLC* | DEFENDANT | 14-MAY-2010 |

**Page:** 1 **Records:** 1 - 20

Next->

Please note, the CourtConnect site is certified by ACS Government Solutions, a Xerox Company, to support **Microsoft Internet Explorer, Google Chrome, Mozilla Firefox and Apple Safari** for searches to function in CourtConnect.

Search Home | Search Help

© Copyright 2001 Affiliated Computer Systems, Inc. ACS and the ACS logo are registered trademarks. This contains trade secrets and is subject to a confidentiality agreement. The unauthorized possession, use, reproduction, distribution, display, or disclosure of this material or the information contained herein is prohibited. All rights reserved. User Accepts/Agrees to Disclaimer. Not for official use.

# Person/Case Type Search Results

New Search

**Phonetic Search:** off **Last Name:** Ballard **First Name:** Dennis

| ID | Name/Corporation | Address | Party Type | Filing Date |
|---|---|---|---|---|
| @2322971 | BALLARD, DENNIS BRYAN | 415 CARTER RD SMYRNA DE 19977 **Case:** *JP16-10-005729 LAWAUN PARHAM VS DENNIS BRYAN BALLARD ET AL* | DEFENDANT | 05-NOV-2010 |
| @2404737 | BALLARD, DENNIS | 101 SOUTH BASSETT STREET CLAYTON DE 19938 **Case:** *JP16-11-003641 PRICKETT JONES VS DENNIS BALLARD ET AL* | DEFENDANT | 21-JUL-2011 |
| @2427352 | BALLARD, DENNIS | 415 SOUTH CARTER ROAD SMYRNA DE 19977 **Case:** *CPU5-11-001688 A 1 KEVINS LANDSCAPING VS DANSFIELD ESTATES* | DEFENDANT | 11-OCT-2011 |
| @2434229 | BALLARD, DENNIS | 415 S CARTER RD SMYRNA DE 19977 **Case:** *CPU5-11-001768 ALLIED BUILDING PRODUCTS VS DENNIS BALLARD* | DEFENDANT | 02-NOV-2011 |
| @2444019 | BALLARD, DENNIS | 101 S BASSETT ST CLAYTON DE 19938 **Case:** *JP16-11-006380 WILLIAMS PAINTING ET AL VS DENNIS BALLARD ET AL* | DEFENDANT | 28-NOV-2011 |
| @2603893 | BALLARD, DENNIS | P.O. BOX 207 CLAYTON DE 19938 **Case:** *JP13-13-009732 TIGHE & COTTRELL, P.A. VS DENNIS BALLARD ET AL* | DEFENDANT | 31-JUL-2013 |
| @2667815 | BALLARD, DENNIS | 415 S CARTER RD SMYRNA DE 19977 **Case:** *JP16-14-001867 SERVICE ENERGY LLC VS DENNIS BALLARD* | DEFENDANT | 14-APR-2014 |
| @2674403 | BALLARD, DENNIS | 1843 SOUTH DUPONT BLVD SMYRNA DE 19977 **Case:** *JP16-14-002089 SOLID WALLS, LLC VS BLUE LINE CONSTRUCTION ET AL* | DEFENDANT | 24-MAR-2014 |
| @2398896 | BALLARD, DENNIS | 415 S CARTER RD SMYRNA DE 19977 **Case:** *CPU5-11-001316 TBF FINANCIAL LLC VS DENNIS BALLARD* | DEFENDANT | 05-JUL-2011 |
| @2353763 | BALLARD, DENNIS | 101 SOUTH BASSET ST CLAYTON DE 19938 **Case:** *JP13-11-001964 RICHARDS PAVING INC VS BALLARD BUILDERS ET AL* | DEFENDANT | 24-JAN-2011 |
| @2351965 | BALLARD, DENNIS | 401 MAIN STREET TOWNSEND DE 19734 **Case:** *JP16-11-000709 KEY BUILDERS SUPPLY VS DANFIELD ESTATES, LLC* | DEFENDANT | 21-JAN-2011 |
| @2351886 | BALLARD, DENNIS | 401 MAIN STREET TOWNSEND DE 19734 **Case:** *JP16-11-000692 KEY BUILDERS SUPPLY VS LIFETIME HOMES, LLC, ET AL* | DEFENDANT | 21-JAN-2011 |
| @2341502 | BALLARD, DENNIS | 415 SOUTH CARTER RD SMYRNA DE 19977 **Case:** *JP13-11-000075 R A CHANCE PLUMBING VS DENNIS BALLARD ET AL* | DEFENDANT | 08-DEC-2010 |
| @2341502 | BALLARD, DENNIS | 415 SOUTH CARTER RD SMYRNA DE 19977 **Case:** *JP13-11-000073 R A CHANCE PLUMBING VS DENNIS BALLARD ET AL* | DEFENDANT | 08-DEC-2010 |
| @2324328 | BALLARD, DENNIS | 101 SOUTH BASSETT STREET CLAYTON DE 19938 **Case:** *JP16-10-005822 ASTEC INC VS BALLARD BUILDERS LLC ET AL* | DEFENDANT | 10-NOV-2010 |
| @2322229 | BALLARD, DENNIS | PO BOX 555 SMYRNA DE 19977 **Case:** *JP16-10-005665 MIKES TRUCK TIRE VS BLUE LINE CONTSTRUCTION ET AL* | DEFENDANT | 03-NOV-2010 |
| @2303016 | BALLARD, DENNIS | *unavailable* **Case:** *N12J-00204 TBF FINANCIAL, LLC VS DENNIS BALLARD MICHAEL BA* | DEFENDANT | 09-JAN-2012 |
| @2303016 | BALLARD, DENNIS | *unavailable* **Case:** *K14J-01369 STATE OF DELAWARE VS DENNIS BALLARD* | DEFENDANT | 05-DEC-2014 |
| @2303016 | BALLARD, DENNIS | *unavailable* **Case:** *K12J-00329 A-1 KEVIN'S LANDSCAPING, INC., PLAINTIFF, VS DAN* | DEFENDANT | 13-FEB-2012 |
| @2303016 | BALLARD, DENNIS | *unavailable* **Case:** *K11L-06-010 WILMINGTON SAVINGS FUND SOCIETY, FSB V. DENBONE P* | DEFENDANT | 03-JUN-2011 |

**Page:** 2 **Records:** 21 - 40

<-Previous Next->

Please note, the CourtConnect site is certified by ACS Government Solutions, a Xerox Company, to support **Microsoft Internet Explorer, Google Chrome, Mozilla Firefox and Apple Safari** for searches to function in CourtConnect.

Search
Home

Search
Help

© Copyright 2001 Affiliated Computer Systems, Inc. ACS and the ACS logo are registered trademarks. This contains trade secrets and is subject to a confidentiality agreement. The unauthorized possession, use, reproduction, distribution, display, or disclosure of this material or the information contained herein is prohibited. All rights reserved. User Accepts/Agrees to Disclaimer. Not for official use.

# Person/Case Type Search Results

New Search

**Phonetic Search:** off **Last Name:** Ballard **First Name:** Dennis

| ID | Name/Corporation | Address | Party Type | Filing Date |
|---|---|---|---|---|
| @2303016 | BALLARD, DENNIS | *unavailable*<br>**Case:** *K11J-01539 TBF FINANCIAL LLC VS DENNIS BALLARD* | DEFENDANT | 12-SEP-2011 |
| @2303016 | BALLARD, DENNIS | *unavailable*<br>**Case:** *K11J-00893 R A CHANCE PLUMBING VS. LIFETIME HOMES AND DENNIS* | DEFENDANT | 06-JUN-2011 |
| @2303016 | BALLARD, DENNIS | *unavailable*<br>**Case:** *K11J-00892 R A CHANCE PLUMBING VS. LIFETIME HOMES AND DENNIS* | DEFENDANT | 06-JUN-2011 |
| @2303016 | BALLARD, DENNIS | *unavailable*<br>**Case:** *K10L-08-093 R A CHANCE PLUMBING INC VS DANFIELD ESTATES LLC ET* | DEFENDANT | 31-AUG-2010 |
| @2303016 | BALLARD, DENNIS | *unavailable*<br>**Case:** *K10C-06-016 FIRST PRESBYTERIAN CHURCH OF SMYRNA DELAWARE VS BA* | DEFENDANT | 10-JUN-2010 |
| @2269992 | BALLARD, DENNIS | 415 S. CARTER RD. SMYRNA DE 19977<br>**Case:** *JP16-10-002178 BRADCO SUPPLY VS BALLARD BUILDERS LLC, ET AL* | DEFENDANT | 11-MAY-2010 |
| @2227465 | BALLARD, DENNIS | 101 S BASSETT ST CLAYTON DE 19938<br>**Case:** *JP13-09-019452 TRIMARK ENTERPRISES VS LIFETIME HOMES LLC ET AL* | DEFENDANT | 20-NOV-2009 |
| @2225663 | BALLARD, DENNIS | 101 S BASSETT ST CLAYTON DE 19938<br>**Case:** *JP13-09-019112 TRIMARK ENTERPRISES INC VS DANSIELD ESTATES ET AL* | DEFENDANT | 20-NOV-2009 |
| @1237928 | BALLARD, DENNIS | *unavailable*<br>**Case:** *SK00C-11-003 MICHELE R. WYATT-BALLAR VS REESE C. BUCHMAN* | PLAINTIFF | 03-NOV-2000 |
| @1388490 | BALLARD, DENNIS | *unavailable*<br>**Case:** *SN00L-01-067 84 LUMBER COMPANY VS PEASE, INC.,* | DEFENDANT | 26-JAN-2000 |

**Page:** 3 **Records:** 41 - 50

<-Previous

Please note, the CourtConnect site is certified by ACS Government Solutions, a Xerox Company, to support **Microsoft Internet Explorer, Google Chrome, Mozilla Firefox and Apple Safari** for searches to function in CourtConnect.

© Copyright 2001 Affiliated Computer Systems, Inc. ACS and the ACS logo are registered trademarks. This contains trade secrets and is subject to a confidentiality agreement. The unauthorized possession, use, reproduction, distribution, display, or disclosure of this material or the information contained herein is prohibited. All rights reserved. User Accepts/Agrees to Disclaimer. Not for official use.