# EXHIBIT 3

Judgment Search Results - Not an Official Document

# Judgment Search Results

▶ New Search

Phonetic Search: Off    Last Name: Ballard    First Name: Dennis    Judgment Status: All

| Person ID | Name / Company | Address | Joint & Several | Amount | Judgment Status | Judgment Date |
|---|---|---|---|---|---|---|
| @2398896 | BALLARD, DENNIS | 415 S CARTER RD SMYRNA DE 19977 | No | $9,807.95 | TRANSFERRED | 12-SEP-2011 |
| @2427352 | BALLARD, DENNIS | 415 SOUTH CARTER ROAD SMYRNA DE 19977 | No | $6,517.28 | TRANSFERRED | 26-JAN-2012 |
| @2434229 | BALLARD, DENNIS | 415 S CARTER RD SMYRNA DE 19977 | No | $42,631.15 | JUDGMENT | 24-JAN-2012 |
| @2341502 | BALLARD, DENNIS | 415 S CARTER RD SMYRNA DE 19977 | Yes | $5,740.00 | unknown | unknown |
| @2341502 | BALLARD, DENNIS | 415 SOUTH CARTER RD SMYRNA DE 19977 | Yes | $2,040.00 | unknown | unknown |
| @2353763 | BALLARD, DENNIS | 101 SOUTH BASSET ST CLAYTON DE 19938 | Yes | $4,035.00 | unknown | unknown |
| @2324328 | BALLARD, DENNIS | PO BOX 207 CLAYTON DE 19938 | Yes | $7,217.31 | unknown | unknown |
| @2351886 | BALLARD, DENNIS | 101 S BASSETT STREET CLAYTON DE 19938 | Yes | $7,483.86 | unknown | unknown |
| @2351965 | BALLARD, DENNIS | 101 SOUTH BASSETT STREET CLAYTON DE 19938 | Yes | $6,567.48 | unknown | unknown |
| @2444019 | BALLARD, DENNIS | PO BOX 207 CLAYTON DE 19938 | Yes | $12,510.00 | unknown | unknown |
| @2667815 | BALLARD, DENNIS | 415 S CARTER RD SMYRNA DE 19977 | No | $372.00 | JUDGMENT | 11-JUN-2014 |
| @2389036 | BALLARD, DENNIS | unavailable | Yes | $5,740.00 | SATISFIED | 30-SEP-2013 |
| @2389039 | BALLARD, DENNIS | unavailable | Yes | $2,040.00 | SATISFIED | 16-AUG-2012 |
| @2303016 | BALLARD, DENNIS | unavailable | Yes | $9,807.95 | SATISFIED | 17-OCT-2014 |
| @2303016 | BALLARD, DENNIS | unavailable | Yes | $216,307.14 | unknown | unknown |
| @2303016 | BALLARD, DENNIS | unavailable | Yes | $19,852.05 | unknown | unknown |
| @2303016 | BALLARD, DENNIS | unavailable | Yes | $13,687.34 | unknown | unknown |
| @2303016 | BALLARD, DENNIS | unavailable | No | $9,895.95 | JUDGMENT | 09-JAN-2012 |
| @2526764 | BALLARD, DENNIS B | 415 S CARTER ROAD SMYRNA DE 19977 | No | $53,233.27 | unknown | unknown |
| @2561414 | BALLARD, DENNIS B | 415 S CARTER ROAD SMYRNA DE 19977 | No | $6,813.10 | unknown | unknown |

Page: 1    Records: 1 - 20

Next->



Please note, the CourtConnect site is certified by ACS Government Solutions, a Xerox Company, to support **Microsoft Internet Explorer, Google Chrome, Mozilla Firefox and Apple Safari** for searches to function in CourtConnect.

# Judgment Search Results

▶ New Search

Phonetic Search: Off   **Last Name:** Ballard   **First Name:** Dennis   **Judgment Status:** All

| Person ID | Name / Company | Address | Joint & Several | Amount | Judgment Status | Judgment Date |
|---|---|---|---|---|---|---|
| @2417651 | BALLARD, DENNIS B | 415 S CARTER RD SMYRNA DE 19977 | No | $8,054.72 | JUDGMENT | 26-OCT-2011 |
| @2362327 | BALLARD, DENNIS B | 415 S CARTER STREET SMYRNA DE 19977 | Yes | $5,188.62 | unknown | unknown |
| @2278644 | BALLARD, DENNIS B | unavailable | Yes | $643,663.05 | JUDGMENT | 15-NOV-2011 |
| @2278644 | BALLARD, DENNIS B | unavailable | No | $330,185.00 | JUDGMENT | 21-SEP-2011 |
| @2278644 | BALLARD, DENNIS B | unavailable | Yes | $17,413.53 | unknown | unknown |
| @2278644 | BALLARD, DENNIS B | unavailable | Yes | $5,188.62 | unknown | unknown |
| @2278644 | BALLARD, DENNIS B | unavailable | Yes | $53,233.27 | unknown | unknown |
| @2278644 | BALLARD, DENNIS B | unavailable | Yes | $473,514.22 | unknown | unknown |
| @2278644 | BALLARD, DENNIS B | unavailable | Yes | $6,813.10 | unknown | unknown |
| @2278644 | BALLARD, DENNIS B | unavailable | No | $45,289.44 | unknown | unknown |
| @2278644 | BALLARD, DENNIS B | unavailable | Yes | $53,233.27 | JUDGMENT | 29-AUG-2013 |
| @2278644 | BALLARD, DENNIS B | unavailable | Yes | $6,813.10 | JUDGMENT | 24-APR-2014 |
| @2271411 | BALLARD, DENNIS B. | unavailable | Yes | $39,793.07 | JUDGMENT | 30-JUL-2010 |

**Page: 2   Records: 21 - 33**

<--Previous

Please note, the CourtConnect site is certified by ACS Government Solutions, a Xerox Company, to support
**Microsoft Internet Explorer, Google Chrome, Mozilla Firefox and Apple Safari**
for searches to function in CourtConnect.