# EXHIBIT 8

## Report Selection Criteria

**Case ID:** N10C-05-123
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:** N10C-05-123 - WILMINGTON TRUST COMPANY VS BALLARD BUILDERS, LLC
**Filing Date:** Friday, May 14th, 2010
**Type:** CF - DEBT / BREACH OF CONTRACT
**Status:** JUDGMENT - JUDGMENT

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | 2 | | PLAINTIFF | **WILMINGTON TRUST COMPANY** |
| **Address:** | *unavailable* | | **Aliases:** | WILMINGTON TRUST COMPANY |
| 2 | | | ATTORNEY FOR PLAINTIFF | **WHITE, DAVID A** |
| **Address:** | MCCARTER & ENGLISH 405 N. KING STREET, 8TH FL. WILMINGTON DE 19801 | | **Aliases:** | *none* |
| 3 | | | DEFENDANT | **BALLARD BUILDERS, LLC** |
| **Address:** | *unavailable* | | **Aliases:** | *none* |

| 4 | | | DEFENDANT | BANDURSKI, MICHAEL J. |
|---|---|---|---|---|
| **Address:** | unavailable | | **Aliases:** | none |

| 5 | | | DEFENDANT | BALLARD, DENNIS B. |
|---|---|---|---|---|
| **Address:** | unavailable | | **Aliases:** | none |

| 7 | | | JUDGE | DAVIS, ERIC M |
|---|---|---|---|---|
| **Address:** | SUPERIOR COURT NEW CASTLE COUNTY COURTHOUSE 500 NORTH KING STREET WILMINGTON DE 198013734 | | **Aliases:** | none |

| 8 | | | SHERIFF | KENT COUNTY, SHERIFF |
|---|---|---|---|---|
| **Address:** | unavailable | | **Aliases:** | none |

| 9 | | | SHERIFF | NEW CASTLE COUNTY, SHERIFF |
|---|---|---|---|---|
| **Address:** | unavailable | | **Aliases:** | none |

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 14-MAY-2010 04:14 PM | INIT FILING DEBT/BREACH CONT | WHITE, DAVID A | |
| **Entry:** | INITIAL FILING DEBT / BREACH OF CONTRACT PARTIAL SATISFACTION OF JUDGMENT FOR MICHAEL J BANDURSKI ONLY ON 10-27-14 DATE DOCKETED: MAY 18, 2010 | | |
| 14-MAY-2010 04:14 PM | INITIAL COMPLAINT | WHITE, DAVID A | |

| | | | |
|---|---|---|---|
| Entry: | INITIAL COMPLAINT DATE DOCKETED: MAY 18, 2010 Complaint Exhibit A Exhibit B Exhibit C Praecipe Summons Defendant Ballard Builders. LLC Summons to Defendant Michael J. Bandurski Case Information Statement ACCEPTED BY: DATE DOCKETED: 18-MAY-2010 | | |
| 11-JUN-2010 05:00 PM | WRIT ISSUED | | |
| Entry: | WRIT(S) ISSUED ON DATE DOCKETED: JUNE 12, 2010 FILED BY: AGNEW, SHARON SA 3 WRITS ISSUED JUNE 11 2010 ACCEPTED BY: LM DATE DOCKETED: 12-JUN-2010 | | |
| 15-JUL-2010 02:55 PM | WRIT RETURN (GENERIC) | | |
| Entry: | WRIT RETURNED: DATE DOCKETED: JULY 16, 2010 FILED BY: AGNEW, SHARON SA SERVED MICHAEL J BANDURSKI PERSONALLY ON 6-25-10. ACCEPTED BY: MMM DATE DOCKETED: 16-JUL-2010 | | |
| 16-JUL-2010 10:02 AM | DEFAULT JUDGMENT | WHITE, DAVID A | |
| Entry: | DIRECTION TO ENTER DEFAULT JUDGMENT DATE DOCKETED: JULY 17, 2010 JUDGMENT IS ENTERED AGAINST: MICHAEL J. BANDURSKI JUDGMENT AMOUNTS TO BE PAID AS FOLLOWS: PRINCIPAL IN THE AMOUNT OF $39793.07 PAST DUE INTEREST THROUGH 07/15/10 IN THE AMOUNT OF $712.03; LATE CHARGES IN THE AMOUNT OF $784.34; ACCRUED INTEREST ON THE OUTSTANDING PRINCIPAL BALANCE AT A PER DIEM RATE OF $6.07 BEGINNING 07/16/10, UNTIL THE NOTE IS PAID IN FULL; REASONABLE ATTORNEYS' FEES & COSTS IN THE AMOUNT OF $4,000.00; SUCH OTHER & FURTHER RELIEF AS IS JUST. TOTAL JUDGMENT AMOUNT= $39793.07 Direction for Entry of Default Judgment against Defendant Michael J. Banurski Affidavit Certificate of Service ACCEPTED BY: MMM DATE DOCKETED: 17-JUL-2010 | | |
| 20-JUL-2010 09:26 AM | TRANSFER TO JUDGMENTS: PARTIAL | | |
| Entry: | TRANSFER TO JUDGMENTS - PARTIAL DATE DOCKETED: JULY 21, 2010 FILED BY: ABLEMAN, PEGGY L DEFAULT ENTERED AGAINST DEFT., MICHAEL J. BANDURSKI ACCEPTED BY: DATE DOCKETED: 21-JUL-2010 (Filed Conventionally) | | |
| 23-JUL-2010 | WRIT RETURN (GENERIC) | | |

| | | | |
|---|---|---|---|
| 11:02 AM | | | |
| Entry: | WRIT RETURNED: DATE DOCKETED: JULY 24, 2010 FILED BY: AGNEW, SHARON SA SERVED BALLARD BUILDERS LLC BY SERVING RENEE BALLARD, THE SECRETARY, ON 7-9-10. ACCEPTED BY: MMM DATE DOCKETED: 24-JUL-2010 | | |
| | | | |
| 23-JUL-2010 11:04 AM | WRIT RETURN (GENERIC) | | |
| Entry: | WRIT RETURNED: DATE DOCKETED: JULY 24, 2010 FILED BY: AGNEW, SHARON SA SERVED DENNIS B. BALLARD BY SERVING RENEE BALLARD, SECRETARY, ON 7-9-10. ACCEPTED BY: MMM DATE DOCKETED: 24-JUL-2010 | | |
| | | | |
| 30-JUL-2010 11:16 AM | DEFAULT JUDGMENT | WHITE, DAVID A | |
| Entry: | DIRECTION TO ENTER DEFAULT JUDGMENT DATE DOCKETED: AUGUST 7, 2010 JUDGMENT IS ENTERED AGAINST: BALLARD BUILDERS, LLC DENNIS B. BALLARD JUDGMENT AMOUNTS TO BE PAID AS FOLLOWS: PRINCIPAL IN THE AMOUNT OF $39793.07 PAST DUE INTEREST THROUGH 07/15/10 IN THE AMOUNT OF $712.03; LATE CHARGES IN THE AMOUNT OF $784.34; ACCRUED INTEREST ON THE OUTSTANDING PRINCIPAL BALANCE AT A PER DIEM RATE OF $6.07 BEGINNING 07/16/10, UNTIL THE NOTE IS PAID IN FULL; REASONABLE ATTORNEYS' FEES & COSTS IN THE AMOUNT OF $4,000.00; SUCH OTHER & FURTHER RELIEF AS IS JUST. TOTAL JUDGMENT AMOUNT= $39793.07 Direction for Entry of Default Judgment Against Defendants Ballard Builders, LLC and Dennis B. Ballard Affidavit Certificate of Service ACCEPTED BY: ERD DATE DOCKETED: 07-AUG-2010 | | |
| | | | |
| 11-AUG-2010 03:33 PM | FIFA ATTACHMENT | WHITE, DAVID A | |
| Entry: | PRAECIPE FOR: FIFA ATTACHMENT DATE DOCKETED: AUGUST 13, 2010 Judgment Record Writ of Fieri Facias ACCEPTED BY: MQC DATE DOCKETED: 13-AUG-2010 | | |
| | | | |
| 12-AUG-2010 10:47 AM | TRANSFER TO JUDGMENTS: FULL | | |
| Entry: | TRANSFER TO JUDGMENTS - FULL DATE DOCKETED: AUGUST 13, 2010 FILED BY: ABLEMAN, PEGGY L ALL PARTIES HAVE BEEN DEFAULTED ACCEPTED BY: DATE DOCKETED: 13-AUG-2010 (Filed Conventionally) | | |

| 21-OCT-2010 04:53 PM | WRIT ISSUED | ABLEMAN, PEGGY L | |
|---|---|---|---|
| Entry: | WRIT(S) ISSUED ON DATE DOCKETED: OCTOBER 22, 2010 ORDER SIGNED BY: ABLEMAN, PEGGY L LEVY ON G&C'S ISSUED 10-22-10. ACCEPTED BY: TRANSACTION ID: 33946559 | | |
| 25-OCT-2010 11:53 AM | FIFA ATTACHMENT | WHITE, DAVID A | |
| Entry: | PRAECIPE FOR: FIFA ATTACHMENT DATE DOCKETED: OCTOBER 26, 2010 WRIT OF FIERI FACIAS PRAECIPE ACCEPTED BY: MQC TRANSACTION ID: 33986044 | | |
| 28-OCT-2010 12:20 PM | WRIT ISSUED | ABLEMAN, PEGGY L | |
| Entry: | WRIT(S) ISSUED ON DATE DOCKETED: OCTOBER 29, 2010 ORDER SIGNED BY: ABLEMAN, PEGGY L LEVY ON G&C'S ISSUED 11-3-10. ACCEPTED BY: TRANSACTION ID: 34065096 | | |
| 15-DEC-2010 02:24 PM | WRIT RETURN (GENERIC) | | |
| Entry: | WRIT RETURNED: DATE DOCKETED: DECEMBER 16, 2010 DECEMBER 6, 2010 SHERIFF RETURNED ALIAS FIFA LEVY G & C - NULLA BONA ACCEPTED BY: TRANSACTION ID: 34876864 | | |
| 10-FEB-2011 08:16 PM | WRIT RETURN (GENERIC) | | |
| Entry: | WRIT RETURNED: DATE DOCKETED: FEBRUARY 11, 2011 FEBRUARY 3, 2011 SHERIFF RETURNED LEVY G & C - LEVY AS TO MICHAEL J BANDURSKI 01-19-2011 ACCEPTED BY: TRANSACTION ID: 35889097 | | |
| 23-SEP-2014 10:30 AM | NOTICE OF DEPOSITION | WHITE, DAVID A | |
| Entry: | NOTICE OF DEPOSITION OF DATE DOCKETED: SEPTEMBER 24, 2014 NOTICE OF DEPOSITION OF DEFENDANT JUDGMENT DEBTOR DENNIS B. BALLARD SCHEDULED FOR OCTOBER 21, 2014 AT 10:00 A.M. EST EXHIBIT A TO THE NOTICE OF DEPOSITION OF DEFENDANT JUDGMENT DEBTOR DENNIS B. BALLARD SCHEDULED FOR OCTOBER 21, 2014 AT 10:00 A.M. EST CERTIFICATE OF SERVICE FOR THE | | |

| | | | |
|---|---|---|---|
| | NOTICE OF DEPOSITION OF DEFENDANT JUDGMENT DEBTOR DENNIS B. BALLARD SCHEDULED FOR OCTOBER 21, 2014 AT 10:00 A.M. EST ACCEPTED BY: MMM TRANSACTION ID: 56072730 | | |
| 24-SEP-2014 11:42 AM | INIT FILING TESTATUM FIFA | WHITE, DAVID A | |
| Entry: | INITIAL FILING TESTATUM FIFA SEE IMAGE ATTACHMENT FOR JUDGMENT DETAILS DATE DOCKETED: SEPTEMBER 25, 2014 JUDGMENT IS ENTERED AGAINST: **ODP_CDIDOCA_ASSOC_PERSONS JUDGMENT AMOUNTS TO BE PAID AS FOLLOWS: **DE_GENERAL_JUDG_ASSESSMENTS TESTATUM FIFA RELATING TO DEFENDANT DENNIS B. BALLARD ONLY. EXHIBIT A TO TESTATUM FIFA RELATING TO DEFENDANT DENNIS B. BALLARD ONLY. PRAECIPE ACCEPTED BY: DAP TRANSACTION ID: 56080326 | | |
| 29-SEP-2014 09:36 AM | WRIT ISSUED | | |
| Entry: | WRIT(S) ISSUED ON DATE DOCKETED: SEPTEMBER 30, 2014 TESTATUM TRANSFERRING JUDGMENT TO KENT COUNTY ACCEPTED BY: DAP TRANSACTION ID: 56098696 | | |
| 27-OCT-2014 11:08 AM | NOTICE | | |
| Entry: | NOTICE DATE DOCKETED: OCTOBER 28, 2014 PARTIAL SATISFACTION OF JUDGMENT FOR MICHAEL J BANDURSKI ONLY ON 10-27-14 ACCEPTED BY: PDD TRANSACTION ID: 56248368 | | |
| 19-DEC-2014 10:32 AM | MOTION TO COMPEL | WHITE, DAVID A | |
| Entry: | MOTION TO COMPEL SCHEDULED FOR: DATE DOCKETED: DECEMBER 20, 2014 PLAINTIFF'S MOTION TO COMPEL DEPOSITION IN AID OF EXECUTION OF DEFENDANT DENNIS B. BALLARD PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEPOSITION IN AID OF EXECUTION OF DEFENDANT DENNIS B. BALLARD EXHIBIT A TO PLAINTIFF'S MOTION TO COMPEL DEPOSITION IN AID OF EXECUTION OF DEFENDANT DENNIS B. BALLARD CERTIFICATE OF SERVICE FOR PLAINTIFF'S MOTION TO COMPEL DEPOSITION IN AID OF EXECUTION OF DEFENDANT DENNIS B. BALLARD ACCEPTED BY: ERD TRANSACTION ID: 56498110 | | |
| 19-DEC-2014 | NOTICE | WHITE, DAVID A | |

| | | | |
|---|---|---|---|
| 02:03 PM | | | |
| Entry: | NOTICE DATE DOCKETED: DECEMBER 30, 2014 NOTICE OF PLAINTIFF'S MOTION TO COMPEL DEPOSITION IN AID OF EXECUTION OF DEFENDANT DENNIS B. BALLARD TO BE PRESENTED TO THE COURT ON JANUARY 12, 2015 AT 9:00 A.M. ACCEPTED BY: PLR TRANSACTION ID: 56500265 | | |
| 12-JAN-2015 09:42 AM | ORDER | | |
| Entry: | ORDER SIGNED BY DATE DOCKETED: JANUARY 13, 2015 IT IS SO ORDERED BY DAVIS J., ON 1-12-15, THAT PLAINTIFF'S MOTION TO COMPEL WAS GRANTED. PLAINTIFF'S MOTION TO COMPEL WAS GRANTED; DEFENDANT WAS A NO SHOW. ACCEPTED BY: MKT TRANSACTION ID: 56585754 | | |
| 20-JAN-2015 11:25 AM | RE-NOTICE OF DEPOSITION | WHITE, DAVID A | |
| Entry: | RE-NOTICE OF DEPOSITION OF: DATE DOCKETED: JANUARY 21, 2015 RE-NOTICE OF DEPOSITION DUCES TECUM IN AID OF EXECUTION OF DENNIS B. BALLARD ON FEBRUARY 9, 2015 AT 10:00 AM. WITH ATTACHED CERTIFICATE OF SERVICE EXHIBIT A TO RE-NOTICE OF DEPOSITION DUCES TECUM IN AID OF EXECUTION OF DENNIS B. BALLARD ACCEPTED BY: KDC TRANSACTION ID: 56629925 | | |
| 17-FEB-2015 05:39 PM | MOTION TO COMPEL | WHITE, DAVID A | |
| Entry: | MOTION TO COMPEL SCHEDULED FOR: DATE DOCKETED: FEBRUARY 19, 2015 PLAINTIFF'S SECOND MOTION TO COMPEL DEPOSITION IN AID OF EXECUTION OF DEFENDANT DENNIS B. BALLARD NOTICE OF PLAINTIFF'S SECOND MOTION TO COMPEL DEPOSITION IN AID OF EXECUTION OF DEFENDANT DENNIS B. BALLARD TO BE PRESENTED TO THE COURT ON MARCH 9, 2015 AT 9:00 A.M. EXHIBIT A - B TO PLAINTIFF'S SECOND MOTION TO COMPEL DEPOSITION IN AID OF EXECUTION OF DEFENDANT DENNIS B. BALLARD PROPOSED ORDER GRANTING PLAINTIFF'S SECOND MOTION TO COMPEL DEPOSITION IN AID OF EXECUTION OF DEFENDANT DENNIS B. BALLARD CERTIFICATE OF SERVICE FOR PLAINTIFF'S SECOND MOTION TO COMPEL DEPOSITION IN AID OF EXECUTION OF DEFENDANT DENNIS B. BALLARD ACCEPTED BY: KDC TRANSACTION ID: 56786358 | | |
| 09-MAR-2015 09:22 AM | JUDICIAL ACTION FORM | | |

| | | | |
|---|---|---|---|
| Entry: | JUDICIAL ACTION FORM DATE DOCKETED: MARCH 10, 2015 GRANTED WITH AMMENDEMENTS BY DAVIS J. ON 3-9-15 ACCEPTED BY: MCS TRANSACTION ID: 56882725 | | |
| 09-MAR-2015 03:26 PM | ORDER | DAVIS, ERIC M | |
| Entry: | ORDER SIGNED BY DATE DOCKETED: MARCH 10, 2015 ORDER SIGNED BY: DAVIS, ERIC M SO ORDERED BY DAVIS, J. ON MARCH 9, 2015 RULE TO SHOW CAUSE ON MONDAY, APRIL 13, 2015 AT 9:00 A.M. ACCEPTED BY: MCS TRANSACTION ID: 56887606 | | |
| 13-APR-2015 11:41 AM | JUDICIAL ACTION FORM | | |
| Entry: | JUDICIAL ACTION FORM DATE DOCKETED: APRIL 14, 2015 DEFENDANT FAILED TO APPEAR. JUDGE DAVIS WILL WRITE AN ORDER AND A CAPIAS MAY BE ISSUED FOR THE DEFENDANT. ACCEPTED BY: MCS TRANSACTION ID: 57066147 | | |
| 13-APR-2015 11:51 AM | LETTER | WHITE, DAVID A | |
| Entry: | LETTER DATE DOCKETED: APRIL 14, 2015 LETTER TO THE HONORABLE ERIC M. DAVIS REGARDING DEPOSITION APPEARANCES ACCEPTED BY: MCS TRANSACTION ID: 57066260 | | |
| 05-MAY-2015 02:56 PM | ORDER | DAVIS, ERIC M | |
| Entry: | ORDER SIGNED BY DATE DOCKETED: MAY 6, 2015 ORDER SIGNED BY: DAVIS, ERIC M ORDER HOLDING DENNIS B. BALLARD FOR REFUSING TO COMPLY WITH THIS COURT'S ORDER DATED JANUARY 12, 2015. SO ORDERED BY DAVIS, J. ON 05-05-15. ACCEPTED BY: STS TRANSACTION ID: 57184340 | | |
| 06-MAY-2015 07:53 AM | NOTICE | | |
| Entry: | NOTICE DATE DOCKETED: MAY 7, 2015 CAPIAS ISSUED ON MAY 5, 2015 FOR DENNIS B BALLARD. RETURNABLE BEFORE THE JUDGES OF NEW CASTLE COUNTY, SUPERIOR COURT. RECOMMENDED BAIL: 2500.00 SECURED. **RULE TO SHOW CAUSE-CONTEMPT HEARING** ACCEPTED BY: STS TRANSACTION ID: 57187420 | | |

| 11-MAY-2015 11:01 AM | NOTICE | | |
|---|---|---|---|
| Entry: | NOTICE DATE DOCKETED: MAY 12, 2015 NOTICE TO APPEAR FOR DENNIS BALLARD MR. BALLARD IS TO APPEAR FOR A DEPOSITION ON MAY 14, 2015 AT 10:00 A.M. ACCEPTED BY: STS TRANSACTION ID: 57215427 | | |
| 11-MAY-2015 11:01 AM | NOTICE | | |
| Entry: | NOTICE DATE DOCKETED: MAY 12, 2015 BAIL AND RECOGNIZANCE $2500.00 UNSECURED NEXT HEARING (DEPOSITION APPEARANCE) MAY 14, 2015. ACCEPTED BY: STS TRANSACTION ID: 57215427 | | |
| 11-MAY-2015 11:01 AM | JUDICIAL ACTION FORM | | |
| Entry: | JUDICIAL ACTION FORM DATE DOCKETED: MAY 12, 2015 RETURN OF CAPIAS HEARING ON MAY 7, 2015. HEARING SET FOR MAY 14 AT 10:00 A.M. (DEPOSITION) BAIL SET AT $2,500 UNSECURED ACCEPTED BY: STS TRANSACTION ID: 57215427 | | |
| 25-AUG-2015 02:18 PM | RE-NOTICE OF DEPOSITION | WHITE, DAVID A | |
| Entry: | RE-NOTICE OF DEPOSITION OF: DATE DOCKETED: AUGUST 28, 2015 RE-NOTICE OF DEPOSITION DUCES TECUM IN AID OF EXECUTION OF DENNIS B. BALLARD AND BALLARD BUILDINGS, LLC ON SEPTEMBER 15, 2015 WITH ATTACHED CERTIFICATE OF SERVICE EXHIBIT A TO RE-NOTICE OF DEPOSITION DUCES TECUM IN AID OF EXECUTION OF DENNIS B. BALLARD AND BALLARD BUILDINGS, LLC ACCEPTED BY: DAP TRANSACTION ID: 57764530 | | |