# EXHIBIT 9

EFiled: Apr 13 2015 11:51AM EDT
Transaction ID 57066260
Case No. N10C-05-123 EMD



MCCARTER
&ENGLISH
ATTORNEYS AT LAW

April 13, 2015

VIA HAND DELIVERY AND EFILE

David A. White
Partner
T. 302-984-6370
F. 302-691-1136
dwhite@mccarter.com

The Honorable Eric M. Davis
Superior Court of Delaware
New Castle County Courthouse
500 North King Street, Suite 10400
Wilmington, DE  19801-3733

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801-3717
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

Re:  M&T Bank v. Ballard Builders, et al., C.A. No. N10C-05-123 EMD

Dear Judge Davis:

Following up on your request, our firm has been billed $450.00 by Veritext for 3 appearances for depositions of Dennis Ballard, for which he has failed to appear. Each appearance was billed at $150.00.  Please let me know if you have any questions.

Respectfully Submitted,

David A. White

cc: Dennis Ballard (via U.S. Mail)

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

ME1 20148167v.1