IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL CARBIDE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXETER CONSTRUCTION, LLC., )<br>and DENNIS B. BALLARD, )<br>Defendants. ) | CIVIL ACTION NO. 3:15-cv-248<br><br>JUDGE KIM R. GIBSON |

## ORDER

AND NOW, this 22nd day of February, 2016, upon consideration of Defendants Exeter Construction, LLC, and Dennis B. Ballard's Motion to Set Aside Default (ECF No. 14), and brief in support thereof (ECF No. 15), and in further consideration of Plaintiff's Brief in Opposition to Defendants' Motion to Set Aside Default (ECF No. 16), **IT IS HEREBY ORDERED** that the motion is **GRANTED**. It is **FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 17) is **DENIED**. Defendants shall have twenty days from the date of this Order to file a responsive pleading to Plaintiff's Complaint.

BY THE COURT:

_____
**KIM R. GIBSON**
**UNITED STATES DISTRICT JUDGE**