IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL CARBIDE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 3:15-cv-248 |
| EXETER CONSTRUCTION, LLC., and | ) |
| DENNIS B. BALLARD, | ) |
| | ) |
| Defendants. | ) |

**FEDERAL CARBIDE COMPANY'S MOTION TO DISMISS
DEFENDANT EXETER CONSTRUCTION, LLC'S COUNTERCLAIM**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Federal Carbide Company ("FCC"), by and through its undersigned counsel, K&L Gates LLP, moves to dismiss the counterclaim filed by Defendant Exeter Construction, LLC ("Exeter") for all the reasons set forth in FCC's Brief in Support of Motion to Dismiss which is being filed simultaneously and incorporated herein.

WHEREFORE, Plaintiff Federal Carbide Company respectfully requests that the Court dismiss the counterclaim filed by Defendant Exeter Construction, LLC with prejudice. A proposed order is attached hereto.

- 2 -

Dated: April 6, 2016                               /s/ William D. Wickard
                                                   Jason L. Richey, Esquire
                                                   Pa. I.D. # 78943
                                                   William Wickard, Esquire
                                                   Pa. I.D. # 87741

                                                   K&L Gates LLP
                                                   K&L Gates Center
                                                   210 Sixth Avenue
                                                   Pittsburgh, Pennsylvania 15222
                                                   Tel.: (412) 355-6260

                                                   *Counsel for Plaintiff*
                                                   *Federal Carbide Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2016, a copy of foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following individuals and all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

>Matthew Jameson, III, Esq.
>Robert M. Palumbi, Esq.
>Babst, Calland, Clements and Zomnir, P.C.
>Two Gateway Center, 7th Floor
>603 Stanwix Street
>Pittsburgh, PA  15222

/s/ William D. Wickard