# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL CARBIDE COMPANY,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>EXETER CONSTRUCTION, LLC.,  )<br>  and DENNIS B. BALLARD,  )<br>  )<br>  )<br>  Defendants.  ) | *Civil Action No. 3:15-cv-248*<br><br><br>Judge Kim Gibson<br><br><br>*Electronically Filed* |

## REPORT OF NEUTRAL

A mediation session was held in the above-captioned matter on  June 24, 2016.

The case (please check one):
　　　_____ has resolved
　　　_____ has resolved in part (see below)
　　　__X__ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within __N/A__ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: June 24, 2016

　　　　　　　　　　　　　　　　　　/s/ Arthur H. Stroyd, Jr.
　　　　　　　　　　　　　　　　　　Signature of Neutral
　　　　　　　　　　　　　　　　　　Rev. 09/11