# EXHIBIT 3



August 17, 2016

William D Wickard
william.wickard@klgates.com

T +1 412 355 8389

**VIA E-MAIL**

Robert M. Palumbi, Esq.
Babst, Calland, Clements and Zomnir, P.C.
Two Gateway Center, 7th Floor
603 Stanwix Street
Pittsburgh, PA 15222

Re: **Federal Carbide Company v. Exeter Construction, LLC and Dennis B. Ballard**
   **Civil Action No. 3:15-cv-248**

Dear Mr. Palumbi:

We have not yet received Defendants' responses to Federal Carbide Company's First Set of Interrogatories and First Request for Production of Documents and Things. These were served on July 14, 2016 and Defendants' responses were due 30 days thereafter, i.e., August 15, 2016. We request Defendants provide their responses to Federal Carbide Company's First Set of Interrogatories and First Request for Production of Documents and Things by August 19, 2016 so there is no need for Court involvement. Thank you.

Very truly yours,

William D. Wickard

Cc:   Jason L. Richey
      D. Matthew Jameson III (via email)

K&L GATES LLP
K&L GATES CENTER   210 SIXTH AVENUE   PITTSBURGH   PA 15222-2613
T +1 412 355 6500   F +1 412 355 6501   klgates.com

klgates.com