# EXHIBIT 5

**Wickard, William D.**
___

| | |
|---|---|
| **From:** | Richey, Jason |
| **Sent:** | Tuesday, August 23, 2016 1:22 PM |
| **To:** | Palumbi, Robert; Wickard, William D. |
| **Cc:** | Jameson, Matthew |
| **Subject:** | RE: FCC-Exeter and Ballard- Discovery responses |

We grant the extension. We likely cannot give more time because of the discovery deadline. We will want to take some depositions after reviewing the documents and irog responses.

Thanks,

Jason


**K&L GATES**

Jason L. Richey
Partner
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA  15222
Phone: +1.412.355.6260
Fax: +1.412.355.6501
jason.richey@klgates.com
www.klgates.com

---

**From:** Palumbi, Robert [mailto:RPalumbi@babstcalland.com]
**Sent:** Tuesday, August 23, 2016 6:18 AM
**To:** Wickard, William D.; Richey, Jason
**Cc:** Jameson, Matthew
**Subject:** FCC-Exeter and Ballard- Discovery responses

Bill-

I am in receipt of your correspondence regarding Defendants' responses to FCC's Interrogatories and Request for Production. We are conferring with our clients and require additional time. We request an extension until September 16, 2016 to respond. Please advise if this is acceptable. Thanks,

Bobby

1

**Robert M. Palumbi**
Attorney at Law
rpalumbi@babstcalland.com

**Babst | Calland**
Attorneys at Law

Two Gateway Center
Pittsburgh, PA 15222
**Direct** 412.394.6553
**Main** 412.394.5400
**Fax** 412.586.1092
http://secure-web.cisco.com/1isSB3St-mTynaj729k3JkBpTq5B7bjOAht9G8yL2LICnM7OdxPaM3!7_DJmgE1hCipHE4CoR_6QqwkkEsP5gYwCEgh-k4lgmKlUTujQCEJiS9LIXF4p3CKsePxZ7AmNRuiTVuW6IXTdAQvgfCTB4HZp0G7jZHKA0jt6Hjp1yUx

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Babst, Calland, Clements & Zomnir, P.C.