IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL CARBIDE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:15-cv-248 |
| v. | ) |
| | ) Judge Kim R. Gibson |
| EXETER CONSTRUCTION, LLC., and | ) |
| DENNIS B. BALLARD, | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT IN SUPPORT OF AMOUNT OF ATTORNEYS' FEES
PLAINTIFF INCURRED IN CONNECTION WITH MOTION TO COMPEL**

I, William D. Wickard, hereby declare as follows:

1. I am over eighteen years of age, have personal knowledge of the matters set forth herein and am competent to testify thereto.

2. I am an attorney with the law firm K&L Gates, LLP and am a member in good standing of the bar of the Commonwealth of Pennsylvania.

3. I am counsel to Plaintiff Federal Carbide Company ("FCC").

4. On September 27, 2016, FCC filed a Motion to Compel [ECF No. 34] Exeter Construction, LLC ("Exeter") and Dennis B. Ballard ("Ballard"; collectively the "Defendants") to respond to FCC's First Set of Interrogatories and First Request for Production of Documents and Things (collectively, the "Discovery Requests").

5. On October 6, 2016, this Court granted FCC's Motion to Compel and entered an Order [ECF No. 35] requiring that: (i) Defendants fully and completely respond to the Discovery Requests within ten days; (ii) Defendants pay the expenses, including attorneys' fees, incurred by FCC to bring the Motion to Compel; and (iii) FCC submit an affidavit detailing the expenses, including attorneys' fees, FCC incurred in connection with bringing the Motion to Compel.

300211366 v1

6. FCC incurred $2,353.50 in attorneys' fees in connection with bringing the Motion to Compel.

7. The attorneys fees FCC incurred to bring the Motion to Compel are shown in the below chart:

| Date | Description | Attorney | Time | Hourly Rate | Total |
|---|---|---|---|---|---|
| 8/17/16 | draft letter requesting response to interrogatories and document requests | Michael P. Cotton | 0.3 | $270 | $81.00 |
| 8/17/16 | draft and transmit letter to opposing counsel | William D. Wickard | 0.3 | $375 | $112.50 |
| 8/23/16 | grant discovery extension | Jason L. Richey | 0.1 | $475 | $47.50 |
| 9/21/16 | conference with B. Palumbi regarding discovery | William D. Wickard | 0.3 | $375 | $112.50 |
| 9/27/16 | Draft, revise, edit and file motion to compel | William D. Wickard | 3.7 | $375 | $1,387.50 |
| 9/27/16 | Edit and review motion to compel | Jason L. Richey | 0.5 | $475 | $237.50 |
| 10/25/16 | Draft attorneys' fee affidavit | William D. Wickard | 1.0 | $375 | $375.00 |
| TOTAL | | | | | $2,353.50 |

8. The amount of hours worked and the descriptions of the work listed in the chart were taken from K&L Gates, LLP's billing records which are kept by K&L Gates, LLP in the ordinary course of business.

9. The counsel fees and costs listed in the above chart are fair, reasonable and do not represent duplicative work.

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

_____
William D. Wickard

Sworn and subscribed before me

This 26th day of October, 2016

_____
Notary Public
My commission expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Darlene R. Tchirkow, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires June 20, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2016, a copy of foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following individuals and all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

> Matthew Jameson, III, Esq.
> Robert M. Palumbi, Esq.
> Babst, Calland, Clements and Zomnir, P.C.
> Two Gateway Center, 7th Floor
> 603 Stanwix Street
> Pittsburgh, PA 15222

The following individual will be served by regular U.S. mail:

> Dennis B. Ballard
> 371 Commerce Street
> P.O. Box 347
> Cheswold, Delaware 19936

And

> 415 S. Carter Road
> Smyrna, Delaware 19977

_____
William D. Wickard

300211366 v1