IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FEDERAL CARBIDE COMPANY

        Plaintiff,

v.

EXETER CONSTRUCTION, LLC., and

DENNIS B. BALLARD

        Defendants

Civil Action No. 3. 3:15-cv-248

Judge Kim R. Gibson

## ORDER OF COURT

AND NOW, to-wit, this 22nd day of November, 2016, upon consideration of Counsel's Motion to Withdraw Appearance, it is hereby ORDERED, ADJUDGED and DECREED that Counsel's Motion is GRANTED. The appearance of D. Matthew Jameson III, Robert M. Palumbi and Babst, Calland, Clements & Zomnir, P.C. on behalf of Defendants Exeter Construction, LLC, and Dennis B. Ballard is withdrawn.

_____, J

{B2787564.1}