IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL CARBIDE COMPANY, | ) | Case No. 3:15-cv-248 |
| | ) | |
| Plaintiff, | ) | JUDGE KIM R. GIBSON |
| | ) | |
| v. | ) | |
| | ) | |
| EXETER CONSTRUCTION, LLC and | ) | |
| DENNIS B. BALLARD, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In light of the Court having entered default judgment in favor of Federal Carbide Company, (ECF No 41), the Post-Discovery Status Conference scheduled for December 9, 2016, is hereby canceled.

BY THE COURT:

KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

November 28, 2016