IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL CARBIDE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:15-cv-248 |
| v. | ) |
| | ) Judge Kim R. Gibson |
| EXETER CONSTRUCTION, LLC., and | ) |
| DENNIS B. BALLARD, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On November 22, 2016, this Court granted Plaintiff, Federal Carbide Company's Motion for Sanctions. [ECF No. 41]. The Court's Order stated that pursuant to Federal Rule of Civil Procedure 37(b)(2)(C), Defendants shall pay the expenses and attorneys' fees Plaintiff, Federal Carbide incurred in bringing its Motion for Sanctions. Id. On November 30, 2016, Plaintiff Federal Carbide Company filed an Affidavit in Support of Amount of Attorneys' Fees setting forth the expenses related to Plaintiff's Motion for Sanctions.

AND NOW, this ___ day of _____, _____, upon consideration of Federal Rule of Civil Procedure 37(b)(2)(C), Plaintiff's Affidavit in Support of Amount of Attorneys' Fees and in light of the Court's Order granting Plaintiff's Motion for Sanctions [ECF No. 41], IT IS HEREBY ORDERED, that judgment is entered against Defendants Exeter Construction, LLC and Dennis B. Ballard in the amount of $11,305.50 for the attorneys' fees Plaintiff, Federal Carbide Company incurred in connection with bringing its Motion for Sanctions. Defendants shall pay Plaintiff **$11,305.50 within 14 days**.

BY THE COURT:


_____
Kim R. Gibson
United States District Judge